UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# DESIGNATION OF TRANSCRIPTS TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:24-cv-00903-GMN-DJA

Court of Appeals Case Number: **26-6288**.

Case Caption: Transcripts are **NOT** required for this appeal.

Date: 9/29/2026

/s/*Bobby L. Franklin*
Signature

Bobby Len Franklin
Print Name

Appellant
Appellant/Appellee

## Certificate of Service

I certify that all parties will receive this *DESIGNATION OF TRANSCRIPTS TO BE USED IN RECORD ON APPEAL* electronically by ECF when it is filed.

/s/*Bobby L. Franklin* 9/29/2026
Dated

Bobby Len Franklin
Desert Land Entryman N-49548
2451 N Rainbow Blvd. Unit 2037
Las Vegas, NV. 89108
(Plaintiff-Appellant)